(Pleito No. 22.—Fallado el 6 de Febrero de 1900.)

## HERNÁNDEZ contra FIGUEROA.

RECURSO contra sentencia dictada por la Corte de Distrito de Arecibo.

RECURSO DECLARADO DESIERTO. Vencido el término de emplazamiento sin haberse personado el recurrente, se declara desierto el recurso y firme la sentencia.

### AUTO.

Puerto Rico, seis de Febrero de mil novecientos. — Resultando: Que dictada sentencia en veinte de Julio último por el Juzgado de 1ª Instancia de Arecibo en el juicio de desahucio seguido por Don José Víctor Figueroa y Don

Gabriel Roig, contra Don Jacinto Hernández y Báez se interpuso contra la misma por la parte demandada recurso de apelación, así como los de casación por quebrantamiento de forma é infracción de ley.—Resultando: Que admitido el de quebrantamiento de forma por el Tribunal del Distrito de Arecibo, á virtud de lo que disponen la circular No. 10 de ocho de Septiembre y la Orden General No. 118, se elevaron los autos á este Tribunal Supremo, habiendo sido emplazadas las partes por el término de diez días con fecha veinte y tres de Enero último, cuyo término ha vencido en tres del actual, sin haberse personado el recurrente.—Resultando: Que con fecha de ayer ha presentado escrito el Lcdo. Don Rafael López Landrón á nombre de la parte recurrida solicitando se declare desierto el recurso y se devuelvan los autos á la Corte de Arecibo para su ejecución.—Considerando: Que en este caso procede declarar desierto el recurso con las costas. Visto el artículo 1,714 de la Ley de Enjuiciamiento Civil y demás preceptos de aplicación. Se declara desierto el recurso interpuesto por Don Jacinto Hernández contra la expresada sentencia, con las costas á cargo del mismo y comuníquese esta resolución al Tribunal del Distrito de Arecibo, con devolución de los autos á los efectos procedentes. La proveyeron y firmaron los señores del Tribunal, de que certifico.

José S. Quiñones.—José C. Hernández.—José Mª Figueras. —Juan Morera Martínez.—E. de J. López Gaztambide, *Secretario.*